```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  5/31/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ELOI SANTANA,** | |
|                              **Plaintiff,** | **22-cv-1598 (ALC)** |
|       -against- | |
| **SODEXO, INC. ET AL.,** | **ORDER OF DISCONTINUANCE** |
|                              **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    May 31, 2022
             New York, New York

                                                             **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**